UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCED,<br><br>                    Plaintiff,<br><br>          -against-<br><br>RESURGENT CAPITAL SERVICES L.P.<br><br>                    Defendant. | 22-cv-8327<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On May 29, 2025, the Court ordered Plaintiff to show cause by June 12, 2025, as to why this action should not be dismissed without prejudice for failure to prosecute the case pursuant to Fed. R. Civ. P. 41(b). ECF No. 20. Such showing was not made. **Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b)**. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

Dated: October 2, 2025
New York, NY

                                        ANDREW L. CARTER, JR.
                                        United States District Judge